Newspapermen's Development Corporation, Appellant, v. E. C. Young, *et al.*, Appellee.

An Appeal from the Circuit Court for Brevard County.

Appeal dismissed on motion of counsel for Appellant.

*W. B. Crawford,* for Appelant.

---

R. Bazile Brossier, *et al.*, Appellants, v. E. C. Young, Appellee.

An Appeal from the Circuit Court for Brevard County.

Appeal dismissed on motion of counsel for Appellants.

*W. B. Crawford,* for Appellants.

---

Nieuport B. Estes, *et al.*, Appellants, v. W. B. Henry, Appellee.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for the respective parties.

*W. A. Pattishall,* for Appellants;

*Maguire & Voorhis,* for Appellee.